1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   JAVIER MEDINA-SOLIS

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,          ) No. CR-S-08-0321-JAM
                                      )
13              Plaintiff,            ) STIPULATION AND ORDER CONTINUING
                                      ) STATUS CONFERENCE
14      v.                            )
                                      )
15 JAVIER MEDINA-SOLIS,               ) Date: September 23, 2008
                                      ) Time: 9:30 a.m.
16              Defendant.            ) Judge: John A. Mendez
   _____    )

18      It is hereby stipulated between the parties, Daniel McConkie,
19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.
20 Cusick, Assistant Federal Defender, attorney for defendant, JAVIER
21 MEDINA-SOLIS, that the status conference hearing date of August 26,
22 2008 be vacated and continued to September 23, 2008 at 9:30 a.m.
23      This continuance is requested as negotiations are continuing
24 between the parties and additional time is needed for defense
25 investigation.
26      It is further stipulated that the period from August 26, 2008
27 through and including September 23, 2008 should be excluded pursuant to
28 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2  Dated:  August 22, 2008              Respectfully submitted,

3                                        DANIEL J. BRODERICK
                                         Federal Defender
4

5                                        /s/ Lauren D. Cusick
                                         LAUREN D. CUSICK
6                                        Assistant Federal Defender
                                         Attorney for Defendant
7                                        JAVIER MEDINA-SOLIS

8
   Dated:  August 22, 2008              MCGREGOR W. SCOTT
9                                        United States Attorney

10
                                         /s/ Lauren D. Cusick
11                                       DANIEL McCONKIE
                                         Assistant U.S. Attorney
12                                       per telephonic authorization

13
                                **O R D E R**
14
   IT IS SO ORDERED.
15
   Dated: August 25, 2008
16
                                          /s/ John A. Mendez
17                                       JOHN A. MENDEZ
                                         United States District Judge
18

19

20

21

22

23

24

25

26

27

28

Stip and Order                          2